FILED
OCT 24 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. S1 4:15 CR 00373 AGF |
| CARRON PRIMUS, | ) |
| a/k/a "Carron Bell" | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

Between June 1, 2015 and continuing through on or about July 31, 2015, within St. Louis County, in the Eastern District of Missouri,

**CARRON PRIMUS**
**a/k/a "Carron Bell"**

the defendant herein, did knowingly use the facilities of interstate commerce, to wit: the internet and cellular phones, with intent to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on an unlawful activity, to wit: prostitution and thereafter did in fact promote and manage the crime of prostitution.

In violation of Title 18 USC Section 1952(a).

1

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*/s/ Howard J. Marcus*

HOWARD J. MARCUS, 29756MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Howard J. Marcus, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

*/s/ Howard J. Marcus*

HOWARD J. MARCUS, 29756MO

Subscribed and sworn to before me this 18th day of October 2016.

Gregory Linhares
CLERK, U.S. DISTRICT COURT

By: Elizabeth Kirkland
DEPUTY CLERK

2